# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VICHIT SETH TILAKAMONKUL, <br><br> Defendant. | No. 1:10-cv-01705 AWI GSA <br><br> ORDER DIRECTING CLERK OF COURT TO REASSIGN THIS MATTER TO NEW DISTRICT AND MAGISTRATE JUDGES |

On September 25, 2024, Plaintiff filed a notice of association of attorney with this Court. ECF No. 32. The District Judge currently listed as presiding over this matter has retired from the bench. In addition, this case falls outside the scope of matters that are currently handled by the undersigned.

Given these facts, and although this case was closed on July 1, 2011 (see ECF Nos. 22, 23) (order adopting; judgment, respectively), the Clerk of Court will be directed to assign new District and Magistrate Judges to this matter.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign new District and Magistrate Judges to this matter.

IT IS SO ORDERED.

Dated:  **September 30, 2024**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

1